United States District Court                                11/29/12
Middle District of Pennsylvania
235 North Washington Avenue / PO Box 1148          **FILED**
Scranton, PA 18501-1148                            **SCRANTON**

                                                   DEC - 3 2012

                                                   PER _____
                                                   DEPUTY CLERK

REF CASE # 3:12-CV-01724
Objections to current Report and Recommendation
Dated Nov 21st, 2012

**PAGE 1 OF REPORT AND RECOMMENDATION**

It is stated I filed my original complaint 8/29/12 that is true. My first amended complaint 1 thru 8 pages is dated as 9/13/12 but the record shows 9/6/12 which is not correct...

Also defendant name is misspelled Joseph Girillo is incorrect, it is Joseph Grillo...

My second amended complaint is dated Nov 9, 2012. This court received thur certified mail/return receipt dated 11/20/12. I don't have records of a third amended complaint...

My first amended complaint is the one that had no caption. I abandon claims against former counsel (Doc-13, p.8) thats dated 9/13/12...

**PAGE 4 OF REPORT AND RECOMMENDATION**

As for Superintendent Wayne Gavin I allege that I was injured at his prison and he failed to thoroughly conduct an investigation. I recieved a misconduct for this. Misconduct # A 335635 and that was for self mutilation and lieing to an employee...

I appealed to the 3rd level and on June 8, 2012 final review for misconduct was made to dismiss the charge of self mutilation but not lieing to an employee. Superintendent Gavin got a copy of that final review June 13, 2012...

THEREFORE IF I DID NOT IN FACT SELF MUTILATE HOW IS IT THAT I WAS INJURED WHILE IN THE CARE OF SUPERINTENDENT GAVIN WHILE AN INMATE AT HIS PRISON...

I HAVE PLEADED WITH SUPERINTENDENT GAVIN TO GET TO THE BOTTOM OF HOW WAS I INJURED IF THE RECORD SHOWS I DID NOT SELF MUTILATE THEN I ALSO DID NOT LIE TO ANY EMPLOYEE OR STAFF I ONLY REPORTED WHAT I KNEW PERSONALLY AND WHAT I KNEW THUR INFORMATION AND BELIEF...

I WAS KEPT IN THE RHU FOR 90 DAYS FOR SOMETHING I DID NOT DO THAT ACTION ALONE INTERFERED WITH MY COURT ORDERED PROGRAM NEEDS AND MY CHANCE FOR PAROLE MY MINIMUM DATE IS 12/12/12...

SUPERINTENDENT GAVIN FAILED TO PROTECT MY WELFARE WHEN HE WAS AWARE I DID NOT SELF MUTILATE AND DID NOTHING TO LOOK DEEPER INTO WHAT TOOK PLACE HERE TO AN INMATE UNDER HIS CARE...

SOMEONE CAUSED THOSE INJURIES I SUSTAINED ON 3/24/12 I DID NOT DO IT TO MYSELF THUR INFORMATION AND BELIEF IT ALL POINTS TO UNIT MANAGER JOSEPH GRILLO...

RESPECTFULLY
SUBMITTED
FRANCISCO SOSA

*Francisco Sosa*
11/29/12

FRANCISCO SOSA JZ2866
1111 ALTAMONT BOULEVARD
FRACKVILLE, PA 17931-2699