IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO SOSA,<br>    Plaintiff | : | No. 3:12cv1724 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| | : | (Magistrate Judge Schwab) |
| | : | |
| JOSEPH GRILLO, et al.,<br>    Defendant | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of February 2014, it is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 134) is **ADOPTED**;

2) Any of the plaintiff's claims of verbal harassment against defendant Grillo are **DISMISSED**;

3) The plaintiff's claims for injunctive relief are **DISMISSED**;

4) The plaintiff's motion for a preliminary injunction (Doc. 53) is **DENIED**;

5) The plaintiff's objections to the report and recommendation (Doc. 137) are **OVERRULED**;

6) The Clerk of Court is directed to remand this case to Magistrate Judge Schwab for further proceedings consistent with this memorandum.

    BY THE COURT:

    s/ James M. Munley
    JUDGE JAMES M. MUNLEY
    United States District Court