# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO SOSA, | : | No. 3:12cv1724 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Schwab) |
| JOSEPH GRILLO, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 30th day of September 2015, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 277) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Schwab (Doc. 275) is **ADOPTED**;

3. Defendant Grillo's motion for summary judgment (Doc. 217) is **GRANTED**;

4. Plaintiff's motion for summary judgment (Doc. 257) is **DENIED**; and

5. The Clerk of Court is directed to **CLOSE** this case.

                                **BY THE COURT:**

                                s/ James M. Munley
                                **JUDGE JAMES M. MUNLEY
                                United States District Court**